UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

In Re:

Michael B. White and
Darla K. White, deceased

    Debtor.
_____/

Case No. 13-21977-dob
Chapter 7
Hon. Daniel S. Opperman

Michael B. White,

    Plaintiff,

v.

U.S. Department of Education,
Great Lakes Educational Loan Services, Inc.
a Wisconsin corporation,
EGS Financial Care, Inc. (fka NCO
Financial Systems, Inc.), a Pennsylvania
Corp., jointly and severally,

    Defendants.
_____/

Adversary No. 21-02038-dob

NOTICE PURSUANT TO E.D. MICH. LBR 9021-1(a)(4)
OF PROPOSED ORDER

    Pursuant to E.D. Mich. LB 9021-1(a)(4), Defendants Great Lakes Educational Loan Services, Inc. ("Great Lakes") and U.S. Department of Education ("ED"), hereby submit their proposed Order Granting, In Part, Defendants, ED's and Great Lakes' Motions for Protective Order ("Proposed Order") attached hereto as Exhibit 1. If no written objections to the Proposed

Order are filed within seven (7) days after service of this Notice, counsel for Great Lakes will submit the Proposed Order to the Bankruptcy Court for entry.

    Respectfully submitted,

    PLUNKETT COONEY

    By: /s/MARC P. JERABEK
    MARC P. JERABEK (P65856)
    Attorney for Great Lakes
    38505 Woodward Ave., Ste. 100
    Bloomfield Hills, MI 48304
    (248) 901-4016
    mjerabek@plunkettcooney.com

    DAWN N. ISON
    United States Attorney

    By: /s/ John Postulka
    JOHN POSTULKA (P71881)
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, Michigan 48226
    (313) 226-9118
    John.Postulka2@usdoj.gov

Dated: March 9, 2022

Open.25688.15829.28387236-1